IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Lynne S

Printed: 5/6/08

Case Number: 06 B 16775
Judge: Hollis, Pamela S
Filed: 12/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,885.00 |  |
| Secured: |  | 4,010.32 |
| Unsecured: |  | 1,456.62 |
| Priority: |  | 2,974.39 |
| Administrative: |  | 2,806.33 |
| Trustee Fee: |  | 637.34 |
| Other Funds: |  | 0.00 |
| Totals: | 11,885.00 | 11,885.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 2,806.33 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Jane Wenger | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 3,759.82 | 3,759.82 |
| 5. | Chase Home Finance | Secured | 250.50 | 250.50 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,974.39 | 2,974.39 |
| 8. | Hudson & Keyse | Unsecured | 18,232.94 | 0.00 |
| 9. | Aspire Visa | Unsecured | 2,762.70 | 59.59 |
| 10. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 5,235.71 | 112.93 |
| 12. | Hudson & Keyse | Unsecured | 26,334.65 | 568.02 |
| 13. | Paul Ahlrich | Unsecured | 27,340.00 | 589.71 |
| 14. | Illinois Dept of Revenue | Unsecured | 1,285.46 | 27.73 |
| 15. | ECast Settlement Corp | Unsecured | 4,572.97 | 98.64 |
| 16. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 17. | NextCard Master-Trust | Unsecured |  | No Claim Filed |
| 18. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 19. | Edelman & Edelman | Unsecured |  | No Claim Filed |
| 20. | Ameresco Residential | Unsecured |  | No Claim Filed |
|  |  |  | $ 95,555.47 | $ 11,247.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 35.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Brown, Lynne S | Case Number: 06 B 16775 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 12/19/06 |

```
              5.4%              601.88
                             _____
                             $  637.34
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

